LAW OFFICES OF

# PANETTA AMINOV, PC

**670 MAIN STREET**
**ISLIP, NY 11751**

**TEL: 631-446-4411**
**FAX: 631-446-4477**

November 21, 2024

Hon. Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6E North
Brooklyn, New York 11201

**RE: Ortega v. Nassau, EDNY, Index 19-CV-3114**
**Our File No.: PI2147**

Dear Judge Morrison:

I represent the plaintiff, Cristian Ortega, in the above-referenced matter. If you recall, I advised the court that I was having problems reaching Cristian for purposes of a mediation and I'd reach out to his father Jefferson Maquillon.

When I called Jefferson, he immediately picked up and advised me that his son Cristian, was not doing well and that his leukemia was overtaking him and further, he only had a few hours left! Cristian, a mere kid, was going to be kept alive until his mother (who was en route from Columbia) could see him and say goodbye----then they were going to turn off the life support and let him pass. Mr. Ortega passed away a few hours later in the wee hours of November 16, 2024, and after a long battle with leukemia.

This was one week ago. I'm reeling from this information. I'm sorry I didn't send this information sooner, but I am not okay. He was truly a beautiful young man and didn't deserve this, nor did he deserve to be abused the way he was by Nassau County (which is what this suit is about). Unfortunately, we need to form an estate. I'll do this fairly quickly and we will move the case along. I'm saddened Cristian didn't get to see the officers held accountable before he passed.

Very truly yours,

Frank C. Panetta, Esq.
PANETTA AMINOV, PC
*Attorney for Plaintiff*
670 Main Street
Islip, NY 11751
Tel: 631-446-4411
Fax: 631-446-4477
New Email: Frank@palawpc.com