LAW OFFICES OF

# PANETTA AMINOV, PC

**250 CARLETON AVE.** **TEL: 631-446-4411**
**EAST ISLIP, NY 11730** **FAX: 631-446-4477**

Tuesday, June 24, 2025

Hon. Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6E North
Brooklyn, New York 11201

**RE: Ortega v. Nassau, EDNY, Index 19-CV-3114**
**Our File No.: PI2147**

Dear Judge Morrison:

I represented the Plaintiff-decedent, Cristian Ortega, in the above-referenced matter. I never received the prior ECF bounce requesting I update the court and give a status by June 20, 2025, so I make an application *nunc pro tunc* to extend the time to today ( a mere four (4) days.. Plaintiff only passed a few months ago---not years ago, on November 18, 2024 and we would normally have two years or more (if an application for letters is filed, it's more) to form an estate.

I am submitting this letter to request an enlargement of time to obtain Letters of Administration on behalf of Mr. Ortega. His father Jefferson Maquillon is in contact with me and is requesting I continue the matter. The case is actually related to his death, as he died of leukemia and the case is about human rights abuses that caused him to go into "white blood cell blast" or a biproduct of his lack of medications and Nassau County kicking him out of NCCC into the cold with no coat in winter. As a practitioner that mostly did Nassau for many years, Nassau County abuses the rights of people through detention and the jail on a regular basis.

This is a meritorious, not abandoned case. It's only recently been an issue due to the Plaintiff's death. We plan on referring Jefferson to an estates firm that we have been using frequently due to their speed and skill and continuing once letters of administration are obtained.

Thank you.

Very truly yours,

Frank C. Panetta, Esq.
PANETTA AMINOV, PC
*Attorney for Plaintiff*
250 Carleton Avenue
East Islip, NY 11730
Tel: 631-446-4411

Fax: 631-446-4477
Email: Frank@palawpc.com