LAW OFFICES OF
# PANETTA AMINOV, PC

**250 CARLETON AVENUE**                                              **TEL: 631-446-4411**
**EAST ISLIP, NY 11730**                                             **FAX: 631-446-4477**

Friday, July 25, 2025

Hon. Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6E North
Brooklyn, New York 11201

       **RE:**    **Ortega v. Nassau, EDNY, Index 19-CV-3114**
              **Our File No.: PI2147**

Dear Judge Morrison:

    I represent Plaintiff-decedent, Cristian Ortega, in the above-referenced matter. I am submitting this letter to inform the Court that we have an estates attorney on standby. Mr. Ortega's father is currently considering his options as Mr. Ortega passed away with significant healthcare-related debt.

                  Very truly yours,

                  *Frank C Panetta*

                  Frank C. Panetta, Esq.
                  PANETTA AMINOV, PC
                  *Attorney for Plaintiff*
                  250 Carleton Avenue
                  East Islip, NY 11730
                  Tel: 631-446-4411
                  Fax: 631-446-4477
                  Email: Frank@palawpc.com